```
 1  JOHN S. GORDON
    United States Attorney
 2  RONALD L. CHENG
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    MICAAEL J. STERN (Cal. State Bar No. 194342)
 4  Assistant United States Attorney
    Narcotics Section
 5        1400 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California 90012
          Telephone:  (213) 894-3898
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

                  UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 02-03 |
|---|---|
| Plaintiff, | ) GOVERNMENT'S EX PARTE APPLICATION |
| | ) FOR ORDER SEALING INDICTMENT; |
| v. | ) DECLARATION OF MICHAEL J. STERN |
| KHALIL MOHAMMED ET AL., | ) |
| Defendants. | ) |

    The government hereby applies <u>ex parte</u> for an order that the indictment and any related pleadings in the above-titled case (but not the arrest warrants for the charged defendants) be kept under seal until one of the defendants makes an appearance in court or the government moves to unseal the indictment, whichever occurs first.

    This <u>ex parte</u> application is made pursuant to Federal Rule

//
//
//
//



ENTER ON ICMS
JAN 23 2002

(81)

1  of Criminal Procedure 6(e)(4) and is based on the attached
2  declaration of Michael J. Stern.
3     DATED: 1-2-02
4                                   Respectfully submitted,
5                                   JOHN S. GORDON
                                    United States Attorney
6
                                    RONALD L. CHENG
7                                   Assistant United States Attorney
                                    Acting Chief, Criminal Division
8
9                                   _____ x3898
10                                  Assistant United States Attorney
                                    Narcotics Section
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA

2

## DECLARATION OF MICHAEL J. STERN

I, MICHAEL J. STERN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Khalil Mohammed et al.</u>, the indictment of which is being presented to a federal grand jury in the Central District of California on 1-2-02.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on 1-2-02. The likelihood of apprehending the defendants might be jeopardized if the indictment in this case were made publicly available before the defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and related pleadings in this case (but not the arrest

warrants) be sealed until one of the defendants makes an appearance in court or the government moves to unseal the indictment, whichever occurs first.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 1-2-02

_____
MICHAEL J. STERN