UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF,

v.

Mohammed, et al.

DEFENDANT

CASE No.: CR- 02-3

DATE INDICTMENT FILED: _____

VIOLATION: _____

TAPE NO. 02-3   DATE 1/10/02

RECORD OF PROCEEDINGS - ARREST ON INDICTMENT

PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE Walsh
PRESENT: I. Martinez   Stephanie Lee   _____   Goldblatt   _____
         Deputy Clerk              Assistant U.S. Attorney        Interpreter / Language

☐ Defendant informed of charge and right to appointment of counsel, if indigent. Bail review.
☐ Defendant states his/her true name is  ☐ as charged  ☐ is _____
☐ Defendant advised of consequences of false statement in financial affidavit.
☐ Attorney: _____   ☐ Retd  ☐ Apptd..  ☐ DFPD  ☐ Panel     ☐ Poss Contribution Order
☐ BOND SET AT $_____

TYPE OF BOND

☐ Personal Recognizance
   (Signature only - no dollar amount)
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
   ☐ with cash deposit (amount or %) _____
   ☐ with affidavit of surety (no justification) (Form CR-4)
   ☐ with justification affidavit of surety (Form CR-3)
   ☐ with deeding of property
☐ Collateral Bond in amount of $_____
   (cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
   (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____
   OR   appear before Magistrate Judge _____
   at _____ AM/PM on _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 A.M.
   before Magistrate Judge _____
☐ Court ORDERS medical Abstract issued re: _____
☒ OTHER: Gov. makes an oral motion to unseal search warrants that were filed 1/9/02. Granted.
☐ BOND POSTED: Date _____   Release ORDERED. No. _____

                                        Isabel Martinez
                                        Magistrate Judge Courtroom Deputy Clerk

cc: PIA Calendar Clerk  (Pink)
    U.S. Attorney       (Blue)
    Defendant           (Yellow)
    PSA                 (Green)

CONDITIONS OF RELEASE

☐ PSA Supervision       ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to _____
☐ Avoid places of egress
☐ Alcohol/Drug testing _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other _____

M-7 (8/97)        RECORD OF PROCEEDINGS - ARREST ON INDICTMENT