1 | JOHN S. GORDON
United States Attorney
2 | RONALD CHENG
Assistant United States Attorney
3 | Acting Chief, Criminal Division
MICHAEL J. STERN (Bar No. 194342)
4 | CHRISTOPHER BRUNWIN (Bar No. 158939)
Assistant United States Attorney
5 | California Bar Number: 155299
Narcotics Section
6 |        1400 United States Courthouse
         312 North Spring Street
7 |        Los Angeles, California 90012
         Telephone: (213) 894-3898
8 |
Attorney for Plaintiff
9 | United States of America



10

11 |                    UNITED STATES DISTRICT COURT

12 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,      )    NO. CR 02-0003-CAS
                                   )
14 |              Plaintiff,        )    GOVERNMENT'S NOTICE OF FILING
                                   )    UNDER SEAL AND IN CAMERA
15 |              v.                )
                                   )
16 | KHALIL MOHAMMED et al. ,       )
                                   )
17 |              Defendants.       )
     _____ )

18 |        The government hereby gives notice that it has filed a pleading under seal and in camera

19 | this day.

20 | DATED:  January 31, 2002

21 |                         Respectfully submitted,

22 |                         JOHN S. GORDON
                            United States Attorney
23 |
                            RONALD L. CHENG
24 |                         Assistant United States Attorney
                            Acting Chief, Criminal Division
25 |
26 |                         MICHAEL J. STERN
                            Assistant United States Attorney
27 |
                            Attorneys for Plaintiff
28 |                         United States of America



## CERTIFICATE OF SERVICE

     **I, SUSANA ZAMBRANO,** declare:

       That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

       That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **January 31, 2002,** I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,

a copy of:

**GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Michael Treman**
(805) 963-3754

**Robert Howard**
United States Probation Office
(213) 894-3627

at **their** last known address, at which place there is a delivery service by United States mail.

     This Certificate is executed on **January 31, 2002** , at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

(Legal Secretary) Susana Zambrano