UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - **GENERAL**

September 8, 2003

Case No. CR 02-00003(B)-CAS

---

PRESIDING: HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE
Maynor R. Galvez              NONE PRESENT
Deputy Clerk                  Court Reporter

---

UNITED STATES OF AMERICA, vs.
1) KHALIL MOHAMMED (CUSTODY)       ARABIC INT
8) AHMAD JARIS (CUSTODY)
13) ADNAN ISA   (CUSTODY)          ARABIC INT
15) MOHAMMAD ALASOUD  (BOND)       ARABIC INT.
17) RASHEED AZIZ  (CUSTODY)        ARABIC INT
18) MAHMOUD KHATTAB  (CUSTODY)     ARABIC INT
20) TAWFIQ MUSITEF  (CUSTODY)
21) AMJAD AYEH  (CUSTODY)          (ARABIC INTER)
36) CARLOS GARCIA AGUAYO  (CUSTODY)  (SP INT)
39) ABDALLAH AYYEH (CUSTODY) (Arabic Interpreter Needed)(stand by)
40) SAID ABDELAZIZ (CUSTODY) (Arabic Interpreter Needed)

Arabic Interpreter present: Jacquelene Kamel Agban
Spanish Interpreter: Uri Yaval

GOVERNMENT COUNSEL              DEFENSE COUNSEL
Michael Stern                   Errol Stambler, for Ayeh,Apptd
Christopher Brunwin             Michael Treman, for Musitef, Apptd.
Gonzalo Curiel                  Fredricco McCurry, for Aziz, Apptd.
                                Mark Werksman, for A. Isa, Rtnd.
                                Michael K. Moberly, for Abdelaziz, Retnd.
                                Timothy Lannen, for Khattab, Apptd.
                                David Katz, for K. Mohammed, Apptd.
                                Larry Bakman, for Aguayo, Apptd.
                                Chet Taylor, for Jaris, Apptd.
                                Darryl Exum, for Alasoud, Appted.
                                David Katz, s/a for Ayyeh

PROCEEDINGS:    STATUS CONFERENCE
                MOTION TO CONTINUE TRIAL BY DEFENDANTS
                ALAWOUD, AGUAYO, AYEH, KHALIL MOHAMMED

                STATUS CONFERENCE RE CONFLICT OF INTEREST BETWEEN
                KHALIL MOHAMMED AND GALEB MIZYED

1

ENTER ON ICMS
SEP 15 2003

CR 02-00003(B)-CAS USA -V- KHALIL MOHAMMED, ET AL

The court heard argument on the motion to continue the trial. Defendant Khalil Mohammed argued for a continuance of the trial to November. Counsel for the government objected to that schedule due to upcoming holidays. The court suggested trial in January.

All defendants with the exception of Khalil Mohammed and Abdallah Ayyeh stipulated to a January trial date. Defendant Tawfiq Musitef objected to any continuance of the current trial date.

In light of the request by some defendants due to the appearance of new counsel and the need to adequately prepare for trial, the court finds in the interest of justice to continued the trial as to all defendants continue the trial to January 20, 2004, at 9:30 a.m. A further status conference is set for January 12, 2004, at 12 noon.

---

Mr. Stambler requested a hearing for bail review for defendant Amjad Ayeh. The Court set the hearing for September 23, 2003, at 1:15 p.m. Further, the court granted defendant Ayeh's request to make collect telephone calls to his attorney Errol Stambler. Counsel was ordered to submit a proposed form of order.

---

Counsel for defendant Musiteff made a motion to allow defendant to return to work. The government opposed the motion. The court granted the motion as follows: Defendant may seek employment as long as he notifies the pretrial officer on a daily basis. If the defendant finds a job offer, defendant is ordered to report to the court through counsel before accepting the job offer.

---

Government's motion re conflict of interest between Khalil Mohammed and Galeb Mizyed was argued. The Court inquired from defendant Khalil Mohammed. Defendant waived any conflict. Accordingly, finds that the defendant wants to keep his attorney and waives any possible conflict.

Counsel for the government informed the court that the same conflict motion has been made with judge Takasugi. The Court ruled that the ruling here is without prejudice to any ruling re conflict issued by judge Takasugi. However, the court points out that if any conflict is found, Mr. Katz shall relieve himself from representing Mr. Mizyed.
    IT IS SO ORDERED.

| MINUTES FORM 6 | INITIALS OF |
|---|---|
| CRIMINAL GENERAL | DEPUTY CLERK_____ |