1  DEBRA W. YANG
   United States Attorney
2  STEVEN CLYMER
   Assistant United States Attorney
3  Chief, Criminal Division
   MICHAEL STERN (SBN 194342)
4  Assistant United States Attorney
   Narcotics Section
5      1400 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-3898/5429
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 02-003-CAS |
|---|---|
| Plaintiff, | ) |
| | ) **GOVERNMENT'S OPPOSITION TO** |
| v. | ) **DEFENDANT'S MOTION FOR COURT** |
| | ) **ORDER REGARDING DISCOVERY** |
| SAID ABDELAZIZ, et al., | ) |
| | ) Court: Judge Christina A. Snyder |
| Defendants. | ) |

The defendant, Said Abdelaziz, has filed a motion requesting a court order directing certain disclosures related to discovery. The government's opposition is contained below.

The opposition is based upon the attached Memorandum of Points and Authorities, the complete

1 | files and records of this case, and any other argument or evidence that may be presented at the hearing
2 | on the motion.

4 | DATED: May 4, 2004

Respectfully submitted,

DEBRA W. YANG
United States Attorney

STEVEN CLYMER
Assistant United States Attorney
Chief, Criminal Division

_/s/ Michael Stern_
MICHAEL J. STERN
Assistant United States Attorney
Narcotics Section

Attorneys for Plaintiff
United States of America

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  In February of 2002, Defendant was charged in an indictment with a violation of 21 U.S.C. §§ 846, 841(a)(1), 841(c)(2) and 18 U.S.C. §2; conspiracy to aid and abet the manufacture of methamphetamine and possess pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine (Count 1).

2.  Defendant has filed a motion seeking a hearing and a court order directing his former attorney, Michael Moberly, to disclose all of his files which relate to his representation of Defendant. These files include discovery material obtained by Mr. Moberly. The government does not object to the court directing Defendant's former attorney to provide Defendant with his discovery material.

3.  Short of the former attorney's compliance with Defendant's request, Defendant also requests that the court order the government to physically obtain the discovery and bring it to Defendant. Notably, Defendant does not cite any legal support for this novel proposal. All discovery was provided to a copying service and is currently available to all defendants through the service. Should something prevent Defendant's former attorney from turning over the discovery he already has in his possession, Defendant's paralegal can always go to Copy Pro and obtain the discovery anew. This option has always been available.

4.  Finally, Defendant complains that he has not received all the phone calls from Hashem Hamideh's phone. All of the calls that the government intercepted are available at Copy Pro on a compact disc.

5.  Based on the above, the government does not object to the court issuing an order directing that the discovery in possession of Defendant's former attorney be turned over to Defendant. The

3

government does object to Defendant's request that the court order the government to physically obtain for Defendant what is publicly available and what he can obtain for himself.

DATED: May 4, 2004

                            Respectfully submitted,

                            DEBRA W. YANG
                            United States Attorney

                            STEVEN CLYMER
                            Assistant United States Attorney
                            Chief, Criminal Division

                            MICHAEL J. STERN
                            Assistant United States Attorney
                            Narcotics Section

## CERTIFICATE OF SERVICE BY MAIL

I, _____ REGINA AUTREY _____, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on _____May 5, 2004_____, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR COURT ORDER REGARDING DISCOVERY**

addressed to: **Said Abdelaziz**
**Reg. No. 24221-112**
**Metropolitan Detention Center**
**P.O. Box 1500**
**Los Angeles, California 90053-1500**

at \_\_\_**His**\_\_\_ last known address, at which place there is a delivery service by United States Mail.

This Certificate is executed on _____May 5, 2004_____ at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ REGINA AUTREY
REGINA AUTREY