JAMES D. HENDERSON (SBN 104150)
jdhjunior@aol.com
**LAW OFFICES OF JAMES D. HENDERSON**
2530 Wilshire Boulevard
Second Floor
Santa Monica, California 90403
Telephone: 310-264-1898
Facsimile: 310-264-4755

Attorneys for Defendant
KHALIL MOHAMMED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KHALIL MOHAMMED,<br>Defendant. | Case No. 2:02-cr-00003-CAS<br>**DEFENDANT'S MOTION FOR TRAVEL**<br>(No Hearing Requested) |

NOW COMES the Defendant Khalil Mohammed, by and through his attorney, James D. Henderson, and moves the court for an order granting his travel to Ramallah, Israel, and to Amman, Jordan, for the purposes of attending to family business from November 4, 2010, through December 5, 2010.

The Defendant Khalil Mohammed, who is a United States citizen from Amman, Jordan, was sentenced in or about August of 2005 to 87 months imprisonment, five years of supervised release, and a special assessment of $100. No fine or restitution was ordered. As the court may recall, the defendant received a Sentencing Guidelines § 5K1.1 recommendation from the Government which recommendation was followed by the court. The defendant has served his custodial sentence and paid the assessment.

During July of 2010, there was a series of meetings involving attorneys and interested parties in Ramallah, Israel and Amman, Jordan relating to the distribution of a major asset of the defendant's father's estate; his father's former home which is located in Ramallah, Israel. The court previously allowed the defendant's travel to attend to this matter. Further, during May of 2009, the defendant was allowed by the court to travel to Amman, Jordan in order to attend the wedding of his daughter (Taghreed) who resides in Amman. Both the above-referenced trips were completed without adverse incident in each instance and the defendant returned to the United States in conformity with the court's order. The proceedings relating to the defendant's father's estate are still ongoing and the defendant's appearance has been requested by legal counsel to further deal with the estate matters.

On October 28, 2010, undersigned counsel was notified by U.S. Probation Officer Maggie Bible (731/421-9246) who is presently supervising the defendant. Probation Officer Bible advised that her office had no objection to the defendant's requested travel.

Previously, undersigned counsel has discussed the defendant's desire to travel to Jordan to deal with this matter with Assistant United States Attorney Michael Stern, the lead prosecutor in the defendant's case. A.U.S.A. Stern has advised that the Government has no objection to the defendant's travel so long as the U.S. Probation Office does not object and is made aware of the defendant's itinerary and locator information.

Based on all of the above, it is requested that the court enter the accompanying proposed order allowing the defendant's travel to Ramallah, Israel, and to Amman, Jordan, from November 4, 2010, through December 5, 2010, for the purposes of

attending to family business and visiting with members of both his immediate and his extended family.

Dated: October 29, 2010

LAW OFFICES OF JAMES D. HENDERSON

/s/ James D. Henderson

JAMES D. HENDERSON
Attorneys for Defendant
KHALIL MOHAMMED